UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORPORATION,

                    Plaintiff,

        -against-

CELMIRA ZHUZHINGO, et al.,

                    Defendants.

25-CV-9201 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that the joint letter and proposed case management plan due February 3, 2026, and the initial pretrial conference scheduled for February 10, 2026, are adjourned *sine die*. *See* ECF No. 7. IT IS FURTHER ORDERED that Plaintiffs shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than January 29, 2026. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated:  January 15, 2026
         White Plains, New York

                              SO ORDERED.

                              *Jessica Clarke*
                              _____

                              JESSICA G. L. CLARKE
                              United States District Judge